# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Nicholas Edward Tomasek**     Case Number: **CR 97-00003-001**

Name of Sentencing Judicial Officer:     John S. Unpingco

Date of Original Sentence:     June 19, 1998

Original Offense:  Count I: Conspiracy To Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), and 846; Count IV: Possession and Receipt of A Firearm and Ammunition by an Ex-Felon in violation of 18 United States Code, Section 922(g)(1).

Original Sentence:  120 months imprisonment for Count I and Count IV to be served concurrently, followed by a four year term of supervised release with the following conditions: participate in a program approved by the U.S. Probation Office for substance abuse, which may include but is not limited to uranalysis; participate in a mental health program approved by the U.S. Probation Office; seek and maintain gainful employment, and pay a $200 special assessment fee. On March 5, 2008, conditions were modified to include the conditions that the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  February 1, 2008

Assistant U.S. Attorney:  John N. Glang     Defense Attorney:  Robert E. Hartsock

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision in violation of 18 U.S.C. 3583(d):

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime. |

Prob 12C
(04/07)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:


*Please see attached Declaration in Support of Petition;*
*Re: Violations of Supervised Release Conditions written by U.S. Probation Officer Grace D. Flores.*


Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: June 30, 2008

I declare under penalty of perjury that the
foregoing is true and correct.

/s/ GRACE D. FLORES
U.S. Probation Officer

Executed on: June 30, 2008

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00003-001 |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT** |
| | ) | **OF PETITION** |
| vs. | ) | |
| | ) | |
| NICHOLAS EDWARD TOMASEK, | ) | |
| Defendant. | ) | |
| _____ | ) | |

     I, U.S. Probation Officer Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Nicholas Edward Tomasek, and in that capacity declare as follows:

     On June 19, 1998, Nicholas Edward Tomasek was sentenced to 120 months imprisonment and a four year term of supervised release for the offense of Count I: Conspiracy To Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 846 and Count IV: Possession and Receipt of A Firearm and Ammunition by an Ex-Felon, in violation of 18 U.S.C. §922(g)(1). Mr. Tomasek's term of supervised release began on February 1, 2008, he is alleged to have committed the following in violation of 18 U.S.C. §3583(d):

**<u>Mandatory Condition:</u>** *The defendant shall not commit another federal, state, or local crime.*

     On May 29, 2008, Nicholas Tomasek was arrested for the offense of Theft of a Motor Vehicle. Guam Police Department Police Report number 08-12271 and Superior Court of Guam Criminal Case CF0250-08 outlined the offense as follows:

     On May 12, 2008, Guam Police Department Officers took a complaint of a Theft of A Motor Vehicle from Mr. Bryan K. Matz, office manager of the Allied Pacific Environmental Consultants in Hagatna. Mr. Matz reported a 1989 Toyota Xtra Cab pickup, primer black in color with Guam License Plate number 9100MLL, stolen from the business. Mr. Matz indicated that the vehicle was in poor condition, inoperable and would have had to be removed by a wrecker from the premises. The

Declaration in Support of Petition
Re: TOMASEK, Nicholas Edward
Criminal Case No. 97-00003-001
June 30, 2008
Page 2

vehicle was last seen on Friday, May 9, 2008 at 1700 hours and was discovered missing on Monday, May 12, 2008 at 1530 hours. The vehicle was described as having a shattered left front window and dual roll bars in the bed area.

On May 29, 2008, Mr. Charles Thomas Polevich, owner of Allied Pacific Environmental Consultants called the Guam Police Department when he discovered his stolen vehicle at the G.C.I.C. Building in Hagatna. Officer Steven Topasna responded to the location and met with the passenger of the vehicle, identified as Tony Borja Ichihara. Mr. Ichihara identified the operator of the vehicle as Nicholas Edward Tomasek. He stated Mr. Tomasek was on the 5th floor to submit to a drug test. Mr. Tomasek and Mr. Ichihara were taken to Hagatna Precinct Command for questioning.

Mr. Ichihara indicated that at about 0630, Mr. Tomasek arrived at his residence and gave him a ride to their place of employment, Balle Steel in Piti. At about 1700 they left their job site and arrived at G.C.I.C. building and waited in the vehicle. He stated Mr. Tomasek did not provide any information about the vehicle nor did he inquire.

Mr. Tomasek was also interviewed and stated that he purchased the vehicle on May 28, 2008 for $900 from a Chuukese male only known to him as Faisao. He paid $250 at the time of the sale and the balance was to be paid at a later time.

Mr. Tomasek was arrested for the offense of Theft of A Motor Vehicle. He was booked and confined. On May 30, 2008, he was charged in the Superior Court of Guam Criminal Case CF0250-08 with the offense of Theft of Property By Receiving (as 2nd degree felony). Mr. Tomasek pled not guilty at the Arraignment Hearing on June 11, 2008 and has waived his speedy trail rights. On June 30, 2008, he was granted pretrial release with conditions. Trial setting is scheduled for July 23, 2008.

On May 20, 2008, a home inspection was conducted at the alternate residence of Mr. Tomasek. The home is rented by Mr. Tomasek's significant other, Dianne Ichihara. At the time of the visit a vehicle meeting the description of the vehicle above was noted in the back yard of the residence. Ms. Ichihara stated the vehicle was owned by her brother, Tony Ichihara.

On May 29, 2008, after Mr. Tomasek's arrest, Ms. Ichihara contacted the undersigned probation officer and acknowledged that the vehicle seen at her residence is the vehicle in this case. She stated Mr. Tomasek had the key to the vehicle and she did not know that it was stolen.

**Supervision Compliance:** Mr. Tomasek is in phase one of subsance abuse testing program. He was participating in stubstance abuse treatment counseling and mental health treatment. He paid $50.00 of the $200.00 special assessment fee.

Declaration in Support of Petition
Re: TOMASEK, Nicholas Edward
Criminal Case No. 97-00003-001
June 30, 2008
Page 3

**Recommendation:**  This Probation Officer respectfully requests that the Court issue a Summons for Nicholas Edward Tomasek appearance at a hearing scheduled by the Court, and during that hearing, he be held to answer or show cause why his term of supervised release should not be modified or revoked, pursuant to 18 U.S.C. § 3583.

Executed this  30th  day of June 2008, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   Assistant U.S. Attorney
      Federal Public Defender
      File