# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Nicholas Edward Tomasek**  Case Number: **CR 97-00003-001**
Name of Sentencing Judicial Officer:  John S. Unpingco
Date of Original Sentence:  June 19, 1998

Original Offense: Count I: Conspiracy To Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), and 846; Count IV: Possession and Receipt of A Firearm and Ammunition by an Ex-Felon in violation of 18 United States Code, Section 922(g)(1).

Original Sentence: 120 months imprisonment for Count I and Count IV to be served concurrently, followed by a four year term of supervised release with the following conditions: participate in a program approved by the U.S. Probation Office for substance abuse, which may include but is not limited to uranalysis; participate in a mental health program approved by the U.S. Probation Office; seek and maintain gainful employment, and pay a $200 special assessment fee. On March 5, 2008, conditions were modified to include the conditions that the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Type of Supervision:  Supervised Release   Date Supervision Commenced:  February 1, 2008
Assistant U.S. Attorney:  John N. Glang   Defense Attorney:  Robert E. Hartsock

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision in violation of 18 U.S.C. 3583(d):

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime. |

Prob 12C
(04/07)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*Please see attached Declaration in Support of Petition;*
*Re: Violations of Supervised Release Conditions written by U.S. Probation Officer Grace D. Flores.*

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: June 30, 2008

I declare under penalty of perjury that the foregoing is true and correct.

/s/ GRACE D. FLORES
U.S. Probation Officer

Executed on: June 30, 2008

---

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[X] The issuance of a summons. A summons shall issue for July 15, 2008, at 9:45 a.m.

[ ] Other



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Jul 03, 2008**