**FILED**
DISTRICT COURT OF GUAM

JUL 1 4 2008

GUAM
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**NICHOLAS EDWARD TOMASEK**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:     **CR-97-00003**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room<br>Court Room |
|---|---|
| | Date and Time<br>**Tuesday, July 15, 2008 at 9:45 a.m.** |
| Before:        Honorable Joaquin V.E. Manibusan, Jr. , U.S. Magistrate Judge | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

**RECEIVED**

Brief description of offense:

JUL    2008

US MARSHALS SERVICE-GUAM

**See Petition for Warrant or Summons for Offender Under Supervision, filed on June 30, 2008.**

ORIGINAL

Walter M. Tenorio, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

July 3, 2008
Date

## RETURN OF SERVICE

Service was made by me on:[1]

Date    7/9/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:    *Balle Sted, Piti, Guam*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____7/9/08_____
　　　　　　　　Date

_____Jack Salos_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.