**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-97-00003 DATE: July 15, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda  Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 10:37:35 - 10:50:58

**APPEARANCES:**
Defendant: Nicholas Edward Tomasek, III  Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition Why Supervised Release Conditions Should not be Revoked**
- Federal Public Defender appointed to represent the defendant.
- Proceedings continued to: December 17, 2008 at 9:30 a.m.
- Defendant released on bail as previously ordered by this Court, and to comply with the Superior Court of Guam release conditions.

NOTES: