DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 97-00003 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **NICHOLAS EDWARD TOMASEK,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **the FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case nun pro tunc to July 10, 2008.

Dated this 15th day of July 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge